389 A.2d 172

Commonwealth v. McCool, Appellant.

Submitted April 11, 1977. Lisle A. Zehner, for appellant; Rick Givans and Robert F. Hawk, Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 173

Commonwealth v. McCrear, Appellant.

Submitted June 13, 1977. Ralph W. D. Levan and George C. Yatron, Assistant Public Defenders, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, and J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.